

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-21-00280-CV

**IN THE INTEREST OF M.U.C.O., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11725
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's brief was due on January 31, 2022; however, Appellee has filed her second motion for extension of time to file Appellee's brief. Appellee's second motion for an extension of time to file her brief is GRANTED. Appellee's brief is due on or before **March 2, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court